Case 1:18-cr-00216-DLH *SEALED*   Document 6   Filed 12/05/18   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHALS
DEC - 5 2018
DISTRICT OF NORTH DAKOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

United States of America
v.
Natalie Anne Minafore

Case No.  1:18-cr-216-02

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Natalie Anne Minafore
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Distribution of Heroin
Distribution of Oxycodone
Money Laundering Conspiracy
Distribution of Methamphetamine
Aiding and Abetting

Date: 12/05/2018

/s/ Renee Hellwig
*Issuing officer's signature*

City and state:   Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/5/2018, and the person was arrested on *(date)* 12/10/2018
at *(city and state)* MCLEAN COUNTY, ND.

Date: 12/10/2018

*Arresting officer's signature*

AMANDA LEWIS, DUSM
*Printed name and title*